No. 74–1220.   WOOLDRIDGE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74–1250.   BOARD OF EDUCATION OF THE OKLAHOMA CITY PUBLIC SCHOOLS ET AL. *v.* DOWELL ET AL. C. A. 10th Cir.   Certiorari denied.

No. 74–1252.   CROCKETT ET AL. *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 74–1257.   NOEL ET AL. *v.* CHAPMAN, COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 74–1261.   BARRASSO *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 74–1262.   CHIARITO *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–1266.   PARK *v.* HUFF.   C. A. 5th Cir.   Certiorari denied.

No. 74–1277.   GRAY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–1294.   LOUISVILLE & NASHVILLE RAILROAD CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 5th Cir.   Certiorari denied.